UNITED STATES MAGISTRATE JUDGE