IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANEEN ARBLE,

**Plaintiff,**

vs.   No. 10-CV-147 WPJ/WDS

**STATE FARM MUTUAL INS. CO.,**

**Defendants.**

### ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER
### TO EXTEND DISCOVERY PERIOD

This matter, having come before the Court upon Plaintiff's Unopposed Motion to Modify the Scheduling Order for Purpose of Extending Discovery Period in accordance with Rule 26 and Rule 16(b)(4) of the Federal Rules of Civil Procedure and the Court, having considered the motion, finds that good cause exists to modify.

It is therefore ORDERED that the discovery deadline is extended from October 4, 2010, until October 18, 2010, and that the deadline for discovery motions shall be extended from October 14, 2010, until October 28, 2010.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE